IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONALD FRASER                                                                                         PLAINTIFF

V.                                          NO. 3:05CV00285 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                             DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 9th day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE